PER CURIAM.
Affirmed. Adams v. Williams, 407 U.S. 143, 92 S.Ct. 1921, 32 L.Ed.2d 612 (1972); Terry v. Ohio, 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968); McNamara v. State, 357 So.2d 410 (Fla.1978); Davis v. State, 308 So.2d 27 (Fla.1975); State v. Francois, 355 So.2d 127 (Fla. 3d DCA 1978); Wilson v. State, 324 So.2d 700 (Fla. 4th DCA 1976); Price v. State, 318 So.2d 468 (Fla. 1st DCA 1975); State v. Brooks, 281 So.2d 55 (Fla. 2d DCA 1973); State v. Woodard, 280 So.2d 700 (Fla. 2d DCA 1973); Ingram v. State, *271 264 So.2d 109 (Fla. 4th DCA 1972); § 901.-151, Fla.Stat. (1977).